**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

Rita Colon,

               Plaintiff,

    v.

State of Nevada, et al.,

               Defendants.

Case No. 2:26-cv-01265-GMN-BNW

**ORDER**

       Pro se Plaintiff moves to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a). ECF No. 1. Section 1915(a) requires a plaintiff to submit an affidavit showing an inability to prepay fees or costs or give security for them. In addition, Local Special Rule 1-1 requires persons applying to proceed IFP to submit an application "made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities." Here, Plaintiff used the incorrect application form. Accordingly, this Court must deny his application to proceed IFP without prejudice.

       **IT IS THEREFORE ORDERED** that Plaintiff's Motion/Application for Leave to Proceed *In Forma Pauperis* (ECF No. 1) is **DENIED** without prejudice.

       **IT IS FURTHER ORDERED** that the Clerk of the Court kindly send Plaintiff: (1) a copy of this Order; (2) the approved form application to proceed *in forma pauperis*; and (3) the document titled "Information and Instructions for Filing an In Forma Pauperis Application."

       **IT IS FURTHER ORDERED** that Plaintiff must complete and file the attached application to proceed *in forma pauperis* by May 28, 2026. Failure to timely comply with this order may result a recommendation to the district judge that this case be dismissed.

       DATED: April 28, 2026

                              _____

                              BRENDA WEKSLER
                              UNITED STATES MAGISTRATE JUDGE