**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

Rita Colon,

                    Plaintiff,

        v.

State of Nevada, et al.,

                    Defendants.

Case No. 2:26-cv-01265-GMN-BNW

**ORDER**

Pro se Plaintiff moved to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a). ECF No. 1. This Court denied Plaintiff's application and ordered Plaintiff to complete and file the correct form. ECF No. 3. When Plaintiff refiled her application, she filled out the first page of the proper short form application but did not complete or file the second page. ECF No. 4. Section 1915(a) requires a plaintiff to submit an affidavit showing an inability to prepay fees or costs or give security for them. In addition, Local Special Rule 1-1 requires persons applying to proceed IFP to submit an application "made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities." Here, Plaintiff only completed and filed half of the correct application form. Accordingly, this Court must deny her application to proceed IFP without prejudice.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion/Application for Leave to Proceed *In Forma Pauperis* (ECF No. 4) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of the Court kindly send Plaintiff: (1) a copy of this Order; (2) the approved form application to proceed *in forma pauperis*; and (3) the document titled "Information and Instructions for Filing an In Forma Pauperis Application."

//

//

**IT IS FURTHER ORDERED** that Plaintiff must complete and file the attached application to proceed *in forma pauperis* by June 19, 2026. Failure to timely comply with this order may result a recommendation to the district judge that this case be dismissed.

DATED: May 19, 2026

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE